880

No. 5525. MILLER v. PLEASURE ET AL. C. A. 2d Cir. Certiorari denied.

No. 5527. STEBBINS v. GEORGE WASHINGTON UNIVERSITY. C. A. D. C. Cir. Certiorari denied.

No. 5528. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5530. FORTMAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 5534. BENNETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 5535. MOORE v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 5536. McKNIGHT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 5538. LOCKHART v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 5541. TILLERY v. EYMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 5542. HALL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 5544. JUNGER v. HERTZ, NEUMARK & WARNER. C. A. 2d Cir. Certiorari denied.

No. 5545. PENNINGTON v. CATHERWOOD, INDUSTRIAL COMMISSIONER OF NEW YORK. Ct. App. N. Y. Certiorari denied.